The People of the State of New York, Respondent, *v.* Barry Jacobs and John Dale Green, Appellants.

Submitted May 18, 1953; decided May 21, 1953.

*Myron L. Shapiro* and *Matthew H. Brandenburg* for motions.

*George B. De Luca, District Attorney (John B. Lee* of counsel), opposed.

Motions denied. (*People* v. *Priori,* 163 N. Y. 99; *People* v. *Williams,* 291 N. Y. 650.) Defendants' counsel are entitled to a copy of the stenographic minutes of said examination. If they become material on the appeal, they may then be submitted to the Court of Appeals at the time of the argument of the appeal.